LAWRENCE G. BROWN
Acting United States Attorney
KENDALL J. NEWMAN
Assistant United States Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: 916-554-2821

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:1:08-CV-01897 AWI-DLB |
| | ) | |
| | ) | **ORDER** |
| | ) | **VACATING MANDATORY** |
| Plaintiff, | ) | **SCHEDULING CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Date:      March 12 , 2009 |
| TROY V. KELLY, DDS, | ) | Time:      8:45 a.m. |
| | ) | Courtroom :   Nine |
| | ) | Magistrate Judge Dennis L. Beck |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    Plaintiff, United States of America, in the above-captioned action requests the Mandatory Scheduling Conference be vacated due to pending default.

    GOOD CAUSE APPEARING, it is hereby ordered that the Mandatory Scheduling Conference set for March 12, 2009, at 8:45 a.m., be vacated.

    IT IS SO ORDERED.

    Dated:   **February 26, 2009**            **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE